DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HELEN DALENCY,** as Personal Representative of **THE ESTATE OF EUGENE DELANCY,**
Appellant,

v.

**R.J. REYNOLDS TOBACCO COMPANY,**
Appellee.

No. 4D19-3724

[May 27, 2021]

Appeal and cross-appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Robert R. Makemson, Judge; L.T. Case No. 08CA0000067.

Douglas F. Eaton of Eaton & Wolk, PL., Miami, for appellant.

Troy A. Fuhrman and Marie A. Borland of Hill Ward & Henderson, P.A., Tampa and Brian C. Lea of Jones Day, Atlanta, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***